

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00442-CR

**EX PARTE** Juan Antonio **MOLINA VALENCIA**,

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due December 3, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court